JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARROKH VAKILI,<br><br>      Plaintiff,<br><br>v.<br><br>MERRICK GARLAND et al.,<br><br>      Defendants. | Case No. 2:24-cv-09803-SB-SSC<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

      Plaintiff Farrokh Vakili filed an asylum application in June 2020. After waiting more than four years without receiving a decision, he filed this mandamus action seeking to compel Defendants to adjudicate his application. Dkt. No. 1. On December 11, 2024, the parties filed a joint stipulation to extend Defendants' time to respond to the complaint to May 13, 2025 because U.S. Citizenship and Immigration Services (USCIS) has scheduled Plaintiff for an interview on January 2, 2025. Dkt. No. 10.

      In the Court's experience with numerous similar requests in recent mandamus actions challenging similar delays, the setting of an agreed interview date generally leads to the resolution of the parties' dispute without the need for further intervention by the Court. To conserve judicial resources, the Court dismisses this action without prejudice to either party moving to reopen nunc pro tunc in the event that further Court intervention becomes necessary. The Court adopts this approach but will provide the parties an opportunity to object.

      Accordingly, it is ORDERED that this action is DISMISSED without prejudice to any party seeking to vacate this order and reopen the action nunc pro tunc in the event that Plaintiff is unable to receive a determination in the time contemplated by the parties. Any party who objects to the dismissal of this action as ordered herein shall file a request to reopen the case no later than seven days after entry of this order. The parties will then be required to appear before this

Court at a status conference that will be set within fourteen days of filing the objection to discuss the most efficient way to proceed. Failure to timely file a request to reopen the case will be deemed consent to dismissal as ordered.

Date: December 12, 2024

Stanley Blumenfeld, Jr.
United States District Judge